UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT CARTER

    Plaintiff,

v.                                                                                  Case No. 22-12750

JINDALE, *et al.*,                                                    Sean F. Cox
                                                          United States District Court Judge

    Defendants.
_____/

**ORDER ADOPTING
11/7/23 REPORT AND RECOMMENDATION (ECF NO. 34) AND
11/8/23 REPORT AND RECOMMENDATION (ECF NO. 35)**

Plaintiff Robert Carter ("Plaintiff") filed this *pro se* civil rights action, pursuant to 42 U.S.C. § 1983, against several Defendants. This matter was referred to Magistrate Judge Patricia Morris for all pretrial proceedings.

In a Report and Recommendation issued on November 7, 2023 (the "11/7/23 R&R"), Magistrate Morris recommends that the Court deny Plaintiff's Motion to Amend Complaint (ECF No. 34).

In a Report and Recommendation issued on November 8, 2023 ("the 11/8/23 R&R"), Magistrate Judge Morris recommends that the Court grant Defendant Flanagan and Warchock's Motion to Dismiss based on absolute immunity. (ECF No. 35).

The time permitted for the parties to file objections to either of the R&R's has passed and no objections were filed.

Accordingly, the Court hereby **ADOPTS** the November 7, 2023 R&R and **ORDERS** that Plaintiff's Motion to Amend Complaint (ECF No.21) is **DENIED**.

1

**IT IS FURTHER ORDERED** that the Court **ADOPTS** the November 8, 2023 R&R and **ORDERS** that the Motion to Dismiss filed by Defendants Flanagan and Warchock is **GRANTED** and Plaintiff's claims against them are **DISMISSED.**

**IT IS SO ORDERED.**

s/Sean F. Cox  
Sean F. Cox  
United States District Judge

Dated: December 13, 2023