UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT CARTER,

        Plaintiff,

v.

JASON QUAINTON and
BRIAN ENRICI,

        Defendants.
_____/

Case No. 2:22-cv-12750

Honorable Susan K. DeClercq
United States District Judge

Honorable Patricia T. Morris
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 68), GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 58), AND DENYING PLAINTIFF'S MOTIONS TO REOPEN DISCOVERY (ECF Nos. 65; 66)**

On February 4, 2025, Magistrate Judge Patricia T. Morris issued a report recommending that this Court (1) grant Defendants Jason Quainton and Brian Enrici's joint Motion for Summary Judgment, ECF No. 58; and (2) deny Plaintiff Robert Carter's two motions to reopen discovery, ECF Nos. 65, 66. *See* ECF No. 68. Judge Morris provided 14 days for objections to be filed, but no party filed objections. They have therefore forfeited their right to appeal Judge Morris's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, there is no prejudicial clear error in the report.

- 2 -

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 68, is **ADOPTED**.

Further, it is **ORDERED** that Defendants' Motion to Dismiss, ECF No. 58, is **GRANTED**.

Further, it is **ORDERED** that Plaintiff's Motions to Reopen Discovery, ECF Nos. 65; 66, are **DENIED**.

**This is a final order and closes the above-captioned case.**

> */s/Susan K. DeClercq*
> SUSAN K. DeCLERCQ
> United States District Judge

Dated: March 3, 2025